ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

GERALD A. DAVIDSON, )
)
    Plaintiff, )
)
v. ) CV 314-058
)
J.D. MEDLIN, Warden, Wheeler CCA Prison, )
et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 16). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 25th day of February, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE